IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN RAMON REGIONAL MEDICAL CENTER, LLC, dba SAN RAMON REGIONAL MEDICAL CENTER,

Plaintiff,

v.

GLOBAL EXCEL MANAGEMENT, INC., and DOES 1 through 25, inclusive,

Defendants.

No. C 17-03542 WHA

**ORDER TO SHOW CAUSE**

The parties informed the Court in October of 2017 that this action had settled (Dkt. Nos. 35–36). As of the date of this order, however, no dismissal has been filed. The parties shall **SHOW CAUSE** in writing by **JANUARY 10 AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: January 3, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE